# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARY HARLEY,** *et al.*, | : | |
|     **Plaintiffs,** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 21-CV-3870** |
| | : | |
| **POLICE DISTRICT 15TH DISTRICT** | : | |
| **& 2ND DISTRICT,** *et al.*, | : | |
|     **Defendants.** | : | |

## ORDER

AND NOW, this the 4th day of November, 2021, upon consideration of Plaintiff Mary Harley's Motion to Proceed *In Forma Pauperis* (ECF No. 1) and the *pro se* Complaint filed in this matter (ECF No. 2), and for the reasons in the Court's Memorandum, it is **ORDERED** that:

1. Elijah Rose a/k/a Elijah Jerome Harley is **DISMISSED WITHOUT PREJUDICE** as a party to this case.

2. Plaintiff Mary Harley is **GRANTED** leave to proceed *in forma pauperis*.

3. The Complaint is **DEEMED** filed.

4. The Complaint is **DISMISSED** as follows:

    a. Claims raised on behalf of Plaintiff Elijah Rose a/k/a Elijah Jerome Harley are **DISMISSED WITHOUT PREJUDICE** for lack of standing; and

    b. Any claims raised on behalf of Plaintiff Mary Harley are **DISMISSED WITH PREJUDICE**.

5. The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

*/s/ Karen Spencer Marston*
_____
**KAREN SPENCER MARSTON, J.**